IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–02486–EWN–CBS

LILLIAN ORTIVEZ,

    Plaintiff,

v.

NASH FINCH COMPANY,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that the Motion for Entry of Protective Order (*doc. no. 14*) is **GRANTED**. The proposed stipulated protective order (*doc. no. 14-2)* is accepted by the court.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    May 7, 2007